IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER IVAN MAPES,

    Petitioner,                      No. CIV S-09-1643 JAM DAD P

    vs.

M.C. McDONALD, Warden,

    Respondent.                    <u>ORDER</u>

        Local Rule 182(f) requires that a party appearing in propria persona inform the court of any address change. On May 3, 2010, petitioner attempted to inform the court of a change of address by submitting an email to the court's internet Help Desk. Petitioner was informed that an email was not a proper method by which to update his address and was advised to instead notify the court of his new address by way of paper filing. Petitioner again attempted to provide the court with his current address via email.

        Petitioner will therefore be ordered to update his address of record by way of paper filing. The court will serve this order on petitioner's current address of record as well as the address he provided in his emails. Petitioner is cautioned that failure to comply with this order could result in the dismissal of this action.

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner properly provide the court with his current address within twenty-one days of the date of this order.  <u>See</u> Local Rules 182(f) and 110.

DATED: October 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
mapes.1643.address